PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LICEA and SONYA VALENZUELA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CINMAR, LLC, a Delaware limited liability company, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:22-cv-06454-MWF-JEM<br>Judge Michael W. Fitzgerald<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL *WITHOUT PREJUDICE* PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Filed: September 9, 2022 |

TO THE COURT, CLERK AND ALL PARTIES OF RECORD, please take notice that Plaintiffs Jose Licea and Sonya Valenzuela respectfully request dismissal of the instant action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure *without prejudice* as to their individual claims and *without prejudice* as to the claims of the putative class.  There has been no answer or motion for summary judgment filed.

Respectfully submitted,

Dated:  April 3, 2023

PACIFIC TRIAL ATTORNEYS

By: */s/ Scott J. Ferrell*

Scott J. Ferrell
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2023, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL *WITHOUT PREJUDICE* PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.